IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRUSTEES OF OHIO BRICKLAYERS
HEALTH and WELFARE FUND, et. al.,

      Plaintiff(s),

vs.

WORKMAN MASONRY, LLC,

      Defendant(s).

Case Number: 1:09cv482

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on December 17, 2009 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 8, 2010, hereby ADOPTS said Report and Recommendation.

Plaintiffs having moved for an order for a default judgment pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and it appearing to this Court that (1) the Complaint in this action was filed against Defendant on or about the 10th day of July 2009; (2) that the Alias Summons and Complaint were duly served on Defendant by certified mail on the 8th day of October 2009; (3) no Answer or other defense has ever been filed by Defendant as shown by the records of this Court; (4) default has been entered in the civil docket in the office of the Clerk of this Court, and no proceedings have been taken by Defendant since said default was entered; (5) Defendant is not in the Military Service; and (6) Defendant is not an infant or incompetent person, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that judgment is entered against Defendant and for Plaintiff, Trustees of Ohio Bricklayers Health & Welfare Fund as follows:

(1) The total known amount of $24,770.12 ($14,372.48 for unpaid fringe benefit contributions and deductions for December 2008, and $10,397.64 in liquidated damages for the months of March 2008, May through June 2008, August through October 2008 and February 2009);

(2) Order Defendant to make all of his books and records for January 2009 available for inspection upon the request of the Funds' auditor so that Plaintiffs may determine the amount of damages due them;

(3) An amount to be determined by the payroll audit for delinquent fringe benefit contributions with interest in the amount of one and one-half percent (1.5%) per calendar month on the unpaid contributions and liquidated damages in the amount of ten percent (10%) of the unpaid contributions;

(4) Plaintiffs' reasonable attorney fees and the costs of this action which will require a more complete affidavit than what has been filed to date;

(5) Payment of the cost of the audit; and

(6) Any other relief this Court finds just and equitable.

Interest shall accrue at the rate found in 28 U.S.C. § 1961 from the date of this judgment.

**IT IS FURTHER ORDERED** that Defendant shall within 30 days of receipt of this Order fully cooperate with the Plaintiffs' auditor and make available for inspection at the office of Stoner & Associates, 205 W. Fourth Street, Suite 225, Cincinnati, Ohio 45202, all of their books and records and other information necessary for the completion of such an audit and for a calculation of delinquent fringe benefit contributions with interest in the amount of one and one-half percent (1.5%) per calendar month on the unpaid contributions which are due and owing Plaintiffs for the period of January 2009. Defendant shall also cooperate with Plaintiffs in regards to whatever other discovery deemed necessary in this case to calculate any and all damages due and owing Plaintiffs.

**IT IS FURTHER ORDERED** that after Plaintiffs have completed their review of Defendant's books and records and whatever other discovery deemed necessary in this case, Plaintiffs will submit to this Court proof of their additional damages at which time, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure this Court will determine whether to conduct a hearing before entering a judgment for additional damages against the Defendant.

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Chief Judge Susan J. Dlott
                                                          United States District Court